UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNDER SEAL | * | |
| Petitioner - Appellee | * | |
| vs. | * | NO: 13-4933 |
| | * | (1:13-cv-03058-JFM) |
| UNITED STATES OF AMERICA | * | |
| Respondent - Appellant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO WITHDRAW APPEARANCE**

Peter D. Ward, Court appointed counsel for the Appellee herein, respectfully moves this Honorable Court for permission to withdraw his appearance, and for reasons states:

**1.** Counsel was appointed to represent Appellee below by the United States District Court for the District of Maryland, pursuant to the Criminal Justice Act, and that representation continued through that Court's October 16, 2013 ruling granting Appellee's Motion to Quash Jury Subpoena seeking Appellee's testimony.

**2.** Following the Government's timely appeal, this Court entered an Expedited Briefing Order on December 12, 2013 (Doc: 4), establishing the following due dates:

Appendix due: 01/16/2014

Opening Brief due: 01/16/14

Response brief due: 02/10/14

Reply permitted within 10 days of service of response brief

**3.** On 12/20/13, the Government filed a Consent Motion For Extension Of Filing

Deadline (Doc: 7), requesting an extension on the filing deadline for it Opening brief from 01/16/14 to and including 02/15/14. The Motion includes the following statements:

"While the United States Attorney's for the District of Maryland has approved an appeal in this case, officials in the Department of Justice's Appellate Division - who in turn will have to consult with officials in the Office of the Solicitor General - have yet to approve an appeal. Moreover, the person in the Appellate Division who has been assigned to review this matter is in the midst of drafting and filing a brief, on an expedited schedule, for an affirmative government appeal in New Orleans, and has specifically requested more time to ensure the government's interests are adequately defended in this matter", and furthermore, "If the Solicitor General does not authorize an appeal, the United States will dismiss this action."

To date, undersigned Counsel as not learned if the Solicitor General has authorized this appeal or not.

**4.** On December 20, 2013 this Court entered a revised Briefing Schedule (Doc. 9), providing:

>Appendix due: 02/18/2014

>Opening brief due: 02/18/14

>Response brief due: 03/14/14

>Any reply brief: 10 days from service of the response brief.

**5.** Undersigned Counsel is a solo practitioner with no secretary or other office support staff, and he has long standing plans, which have already been pre-paid, to be out of the country and unavailable by telephone or otherwise, beginning on March 4, 2014 and continuing through and including March 14, 2014. If the Solicitor General

MotionToWithdraw

authorizes the continuation of this appeal, and if it then proceeds on the current schedule, undersigned Counsel will have insufficient time to adequately research and respond to the Government's Opening Brief, and would in any event be unable to file a Response on March 14, 2014.

**WHEREFORE,** for the reasons above stated, counsel moves that this Honorable Court withdraw his appearance as Counsel for the Appellee, and further requests that the Court appoint new counsel to represent the Appellee on this Appeal.

Respectfully submitted,

/S/  Peter D. Ward

---

Peter D. Ward
300 Allegheny Avenue, Suite 105
Baltimore, MD  21204-4257
Telephone & Facsimile: 410-494-8988
Cell. Telephone: 410-499-7406
E-Mail: Peter.D.Ward@Verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2014, a copy of the foregoing Motion to Withdraw Appearance Appearance was transmitted to Counsel for the Government through the CM/ECF system-.

/S/  Peter D. Ward

---

Peter D. Ward

MotionToWithdraw