FILED: January 28, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4933

(1:13-cv-03058-JFM-1)

_____

UNDER SEAL

        Petitioner - Appellee

v.

UNITED STATES OF AMERICA

        Respondent - Appellant

_____

O R D E R

_____

The court denies counsel's motion to withdraw from further representation on appeal, and extends the time for the filing of the response brief until March 25, 2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk